☒ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

         - v. -                 :    NOTICE OF INTENT TO
                                     FILE AN INFORMATION
PEDRO RIVERA,                   :

              Defendant.        :

- - - - - - - - - - - - - - - - x   07CRIM1210

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          December 18, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

               By: _____
                   Benjamin A. Naftalis
                   Assistant United States Attorney

AGREED AND CONSENTED TO:

               By: _____
                   Peggy Cross, Esq.
                   Attorney for Pedro Rivera

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 20 2007

12/20/07 WHEEL A