Judge Marrero

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    **INFORMATION**

      -v.-                        :    07 Cr.

PEDRO RIVERA,                     :    07CRIM1210

      Defendant.                  :

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

On about or about August 10, 2007, in the Southern District of New York and elsewhere, PEDRO RIVERA, the defendant, unlawfully, willfully, and knowingly did threaten to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, to wit, RIVERA verbally threatened to kill the President of the United States.

(Title 18, United States Code, Sections 871 and 2.)

MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 20 2007

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**PEDRO RIVERA**

**Defendant.**

---

**INFORMATION**

07 Cr.

(Title 18, United States Code,
Sections 871 and 2.)


                             MICHAEL J. GARCIA
                       United States Attorney.

---