```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :    07 CR. 1210 (VM)
         -against-                :       ORDER
                                  :
PEDRO RIVERA,                     :
                                  :
              Defendant.          :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

The Government (see attached letter) has advised the Court that the defendant has waived indictment and the above-referenced information has been filed, and requested that a conference be scheduled.

Accordingly, it is hereby ordered that a conference before Judge Marrero be held on Friday, January 11, 2008 at 11:15 a.m.

**SO ORDERED:**

Dated:   New York, New York
         4 January 2008

                                   _____
                                         Victor Marrero
                                            U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-08
```