```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     - against -                    :         ORDER
                                    :
PEDRO RIVERA,                       :
                                    :
                    Defendant.      :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) has decided to recommend a deferred sentence for the defendant, and requests that the Court exclude time until March 14, 2008.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until March 14, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          25 January 2008

                                          Victor Marrero
                                             U.S.D.J.